No. 71–6049.  MATTISON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–6052.  GEORGE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6053.  MAGEE *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–6054.  EVINS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 71–6057.  DOUGHERTY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6058.  AUGELLO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6061.  HUME *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6062.  CAPPS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–6063.  FULLY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6064.  PARSONS *v.* ADAMS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 71–6065.  BYLAND *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 71–6066.  SULLIVAN *v.* SULLIVAN.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–6069.  SMILEY *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–6072.  PARKER *v.* LEWIS, U. S. DISTRICT JUDGE. C. A. 4th Cir.  Certiorari denied.

No. 71–6075.  WATT *v.* PAGE, WARDEN.  C. A. 10th Cir.  Certiorari denied.